CASE NUMBER  CV - 2023 - ~~781~~ 7821

TIMOTHY BRENT CLAIBORNE
Plaintiff

VS

Prestamos CDFI LLC

Defendant

FILED FOR RECORD
FANNIN COUNTY, TEXAS

2023 DEC 20  AM 10:00

IN THE COUNTY COURT

TAMMY BIGGAR
COUNTY CLERK
BY___ 1h ____ DEPUTY        OF

FANNIN

PLAINTIFFS FIRST AMENDED PETITION FOR NEGLIGENCE
MISHANDELING LOAN CONTRAT
COMMOM LAW FRAUD

A. Parties

1. Plaintiff, Timothy Brent Claiborne. an individual, is a resident of Fannin
County, Texas.
2. Defendant
.Defendants may be served with the process at CT corporation
3800 N Central Ave #460 Phoenix AZ 85012 it's regulated agent.

B. Jurisdiction & Venue

3. This court has jurisdiction and venue over this lawsuit because the plaintiff and his business is located
in Fannin County.

C. FACTS

1.  On April 29, 2021 Plaintiff entered into a contract with defendant for a 20,800.00 loan.
The loan was to be totally forgiven. Plaintiff applied for the loan forgiveness in the required time.
Plaintiff used all the money for what was required to receive the full forgiveness.
In March of 2022 plaintiff was asked for documentation which plaintiff supplied to defendant.
In May of 2022 plaintiff was in a car accident breaking his back which left him incapacitated.
The hospital notified defendant of this in writing.
Plaintiff did not hear from the defendant for several months.
On October 13, 2022 Defendant notified plaintiff to resend information that had already been sent.
Defendant enclosed a letter they received on September 16 2022.
The defendant was given 20 days to comply. It took them 27 days to notify Plaintiff.
On October 18, 5 days later SBA decided not to forgive the loan.
This happened because of the untimely response to the Defendant.

AMENDED FACTS

On June 10, 2021, defendant told the plaintiff he would receive another $20,800.00 On July 29, 2021, defendant sent to plaintiff a PPP Second Draw Borrower Application Form. On August 11, 20221, plaintiff told defendant he would receive his second draw but would be paid with a prepaid MasterCard. On October 8, 2021, defendant told plaintiff he would not receive a second draw of $20,800.00.

Plaintiff suffered $134,000.00 monthly for 10 months totaling $804,000.00. This is due to loss of income and monetary damages.

Defendant  made no attempt to assist plantiff in receiving loan forgiveness..
Defendant misrepresented material facts about the contract.which is common law fraud.

Even though plaintiff had satisfied all the requirements,the ultimely response of defendant
causd the loan not to be forgiven.
The plaintiff was incapacitated and couldn't timely correct the actions of the defendant.
Due to the negligent actions of defendant plaintiff has suffered monetary damages in the
amount of 20,800.00and emotional  and mental pain and suffering in the amount of 50,000.00

Amended Prayer

Plaintiff prays for

1.actual monetary damages of 20,800.00
2.Emotional and mental pain and suffering damages of 50,000.00
2.Plaintiff suffered $134,000.00 monthly for 10 months totaling $804,000.00. This is due to loss
of income and monetary damages.
3.court costs
4.En-join defendant from any other collection proceedings against plaintiff.

Respectfully

Timothy Brent Claiborne

_____
Pro So

Date____12 - 2 0 - 2 3_____

Timothy Brent Claiborne
2102 North Shore dr
Bonham Tx 75148

Certificate of Service

I certify that I've sent a copy to ___Galloway  Law  Firm___

12 - 2 0 — 2 ?